IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD CLARK,<br>       Plaintiff | No. 3:18cv522 |
| v. | (Judge Munley)<br>(Magistrate Judge Arbuckle) |
| US ATTORNEY OFFICE,<br>       Defendant | |

## ORDER

**AND NOW**, to wit, this \_\_6th\_\_ day of September 2018, we have before us for disposition Magistrate Judge William Arbuckle's report and recommendation, which proposes that plaintiff's motion seeking leave to proceed *in forma pauperis* be denied with prejudice. Magistrate Judge Arbuckle found that apparent financial conflicts exist between the allegations in plaintiff's complaint and and his motion to proceed *in forma pauperis*. Magistrate Judge Arbuckle previously provided the plaintiff time to file a revised motion that accurately represents his assets and liabilities or pay the civil filing fee of $400, but the plaintiff did not respond. As such, the magistrate judge further recommends that plaintiff's case be dismissed for failure to pay the appropriate filing fee.

No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences

plain error or manifest injustice. FED. R. CIV. P. 72(B) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 4) is **ADOPTED**;

2) The plaintiff's motion seeking leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**;

4) This case is **DISMISSED** for failure to pay the appropriate filing fee; and

5) The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**